1  Michael A. Gould (SBN 151851)
   Michael@wageandhourlaw.com
2  Aarin A. Zeif (SBN 247088)
   Aarin@wageandhourlaw.com
3  THE GOULD LAW FIRM
   A Professional Corporation
4  161 Fashion Lane, Suite 207
   Tustin, California 92780
5  Telephone: (714) 669-2850
   Facsimile: (714) 544-0800
6
7  Attorneys for Plaintiff
   Linsey Royer

<br>

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINSEY ROYER, an individual, | **CASE NO.: 5:22-cv-01734-SP** |
| Plaintiff, | [Honorable Judge Sheri Pym] |
| vs. | |
| CALIBER HOLDINGS OF CALIFORNIA LLC, and, DOES 1 through 25, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendants. | Complaint: May 27, 2022<br>Trial Date: November 6, 2023 |

- 1 -
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

On or about May 27, 2022, Plaintiff Linsey Royer filed a Complaint in Superior Court of the State of California for the County of San Bernardino.

Defendant Caliber Holdings LLC f/k/a Caliber Holdings Corporation ("Defendant" or "Caliber Holdings") a/k/a Caliber Holdings of California LLC removed the Action to this Court.

Pursuant to Federal Rule of Civil Procedure, Rule 41, IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their undersigned counsel, that the entire case, along with all claims asserted in this Action shall be, and are, voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

All parties that have appeared in this action have consented and agreed to the dismissal with prejudice pursuant to this Stipulation, and accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 12, 2023

/s/ Michael A. Gould
_____
Michael A. Gould
Aarin A. Zeif
THE GOULD LAW FIRM
A Professional Law Corporation
Attorneys for Plaintiff
Linsey Royer

Dated: July 12, 2023

/s/ Eldrin A. Masangkay
_____
Eldrin A. Masangkay
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant
Caliber Holdings LLC f/k/a Caliber Holdings Corporation a/k/a Caliber Holdings of California LLC

- 2 -
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**